UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Eliseo Gutierrez Castañeda, )<br>)<br>            Petitioner, )<br>)<br>v. )<br>)<br>PATRICIA HYDE, Field Office Director, )<br>MICHAEL KROL, HSI New England Special )<br>Agent in Charge, and TODD LYONS, Acting )<br>Director U.S. Immigrations and Customs )<br>Enforcement, and KRISTI NOEM, U.S. Secretary )<br>of Homeland Security, )<br>)<br>            Respondents. )<br>_____) | Case No. _____<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

## INTRODUCTION

1. Petitioner Eliseo Gutierrez Castañeda is a national of Honduras. On information and belief, he was detained by federal immigration agents on May 29, 2025 without a warrant and without any removal proceedings having been initiated.

2. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

3. Petitioner asks this Court to find that this detention was unlawful detained and order his release.

## JURISDICTION

4. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

5. Venue is proper because Petitioner resides in New Bedford, MA and was placed into custody in Boston, MA, and on information and belief is detained in the District of

1

Massachusetts.

## PARTIES AND FACTS ALLEGED

6. Mr. Gutierrez Castañeda resides with his partner and two children family in New Bedford, MA. His youngest child is a United States citizen.

7. Respondent Patricia Hyde is the New England Field Office Director for U.S. Immigration and Customs Enforcement.

8. Respondent Michael Krol is the New England Special Agent in Charge for Homeland Security Investigations for U.S. Immigration and Customs Enforcement.

9. Respondent Todd Lyons is the Acting Director for U.S. Immigration and Customs Enforcement.

10. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

11. All respondents are named in their official capacities.

12. Petitioner is a national of Honduras. On information and belief, on May 28, 2025, U.S. Immigration and Customs Enforcement agents detained him without a warrant and prior to initiating any removal proceedings, in violation of his due process rights.

13. On information and belief, Petitioner is currently in custody in the District of Massachusetts, and one or more of the Respondents is his immediate custodian.

14. Upon information and belief, Petitioner is at risk of imminently being removed from Massachusetts.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

1. On information and belief, Petitioner is currently being arrested and detained by federal agents in violation of his constitutional rights to due process of law.

**PRAYER FOR RELIEF**

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Order that Petitioner shall not be transferred outside the District of Massachusetts;

(3) Declare that Petitioner's detention violated the Due Process Clause of the Fifth Amendment.

(4) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner immediately.

(5) Grant any further relief this Court deems just and proper.

THE PETITIONER

By */s/Melissa Allen Celli*

His Attorney
Melissa Allen Celli | BBO#666171
STREHORN, RYAN & HOOSE
100 Main Street, 3rd Fl.
Northampton, MA 01060
mcelli@strhlaw.com
(413) 586-4800 | [fax] (413) 582-6419

Dated: May 29, 2025