# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ELISEO GUTIERREZ CASTANEDA,<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Acting Field Office Director<br>Respondent. | Civil Action No. 25CV11549-DJC |

**DECLARATION OF ASSISTANT FIELD OFFICE DIRECTOR KEITH CHAN**

Pursuant to the authority of 28 U.S.C. § 1746, I, Keith Chan, Assistant Field Office Director for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, Enforcement and Removal Operations, Burlington, Massachusetts declare as follows:

1. I am a currently serving as an Assistant Field Office Director ("AFOD") for U.S. Department of Homeland Security, United States Immigration and Customs Enforcement, ("ICE") Enforcement and Removal Operations ("ERO").

2. Included in my official duties as an AFOD in Burlington, Massachusetts is the responsibility for assisting in and the managing, monitoring, scheduling and execution of removal orders for aliens in ICE custody. I am familiar with ICE policies and procedures for detaining aliens in order to initiate removal proceedings or to effectuate removal orders.

3. I have experience utilizing ICE record systems to obtain information regarding specific aliens. ICE maintains electronic and paper records on noncitizens. These records are made

1

in the course of regularly conducted business activity at or near the time of relevant events by a person with knowledge of these events. In preparing this declaration, I have examined ICE official records, including the Enforce Alien Removal Module ("EARM"). EARM is the ICE electronic database utilized by ERO to maintain information regarding the custody and removal status of aliens. EARM is an electronic database ordinarily relied upon to ascertain an alien's immigration history, current case status, and plans for removal, if any.

4. In preparing this declaration, I have examined the official records available to me regarding Eliseo Gutierrez Castaneda. ("Petitioner"). The Petitioner's case was assigned to a Deportation Officer in my office for whom I supervise. I have also discussed this case internally with Officers within my office.

5. Petitioner last entered ICE custody on May 28, 2025. He is currently in ICE custody pursuant to 8 U.S.C.§ 1226(a) and is currently housed at Plymouth County House of Corrections in Plymouth Massachusetts.

**IMMIGRATION HISTORY**

6. The Petitioner is a native and citizen of Honduras. He entered the United States at an unknown time and unknown place without inspection by an immigration official.

7. On May 28, 2025, ICE encountered the Petitioner and determined that Petitioner was in the United States unlawfully and issued an I-200 warrant for his arrest.

8. On the same day Petitioner was placed into removal proceedings through the issuance of a Notice to Appear charging him as being removable from the United States pursuant to 8 U.S.C. §1182(a)(6)(A)(i), in that he was present without inspection or admission. ICE

   conducted a custody determination under 8 U.S.C §1226 and detained Petitioner in ICE custody.

9. On June 4, 2025, Petitioner filed a motion for custody redetermination and a bond hearing has been scheduled for June 16, 2025.

10. Petitioner's removal proceedings have been scheduled for a hearing on July 14, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 12th of June 2025.

Digitally signed by KEITH M CHAN
Reason: I have reviewed this document
Date: 2025.06.12 18:55:47 -04'00'

Keith Chan
Assistant Field Office Director
U.S. Department of Homeland Security
United States Immigration and Customs Enforcement
Burlington, Massachusetts

3