## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Eliseo Gutierrez Castañeda,        )
                                    )     Case No. 25-cv-11549-DJC
                 Petitioner,    )
                                      )
                                      )
                                      )
PATRICIA HYDE, Field Office Director,  )
MICHAEL KROL, HSI New England Special  )
Agent in Charge, and TODD LYONS, Acting  )
Director U.S. Immigrations and Customs  )
Enforcement, and KRISTI NOEM, U.S. Secretary  )
of Homeland Security,                      )
                                      )
                Respondents.    )
_____)

## PETITIONER'S MOTION TO VOLUNTARILY DISMISS
## PETITION FOR WRIT OF HABEAS CORPUS

Now comes Petitioner Eliseo Gutierrez Castañeda and hereby asks this Honorable Court to voluntarily dismiss his petition for writ of habeas corpus without prejudice. As reasons therefor, the Petitioner states as follows:

1. On May 28, 2025, the Petitioner was arrested and taken into custody by Immigration and Customs Enforcement ("ICE").

2. On May 29, 2025, he sought a writ of habeas corpus believing that he was to be imminently deported.

3. That same day, this Court issued a stay preserving the status quo while the constitutional questions presented were litigated. It ordered that the Petitioner was not to be "deported, removed, or otherwise transferred outside of the United States until further Order of this Court." Doc. 3.

4. The Petitioner has subsequently been released from ICE detention on bond.

Because the Petitioner is no longer in the custody of government, he is moving to voluntarily dismiss his petition.

Respectfully submitted,

**THE PETITIONER**

By */s/Melissa Allen Celli*

His Attorney
Melissa Allen Celli | BBO#666171
STREHORN, RYAN & HOOSE
100 Main Street, 3rd Fl.
Northampton, MA 01060
mcelli@strhlaw.com
(413) 586-4800 | [fax] (413) 582-6419

Dated: August 16, 2025

## CERTIFICATE OF SERVICE

I, Melissa Allen Celli, counsel for the Petitioner, do hereby certify that on this 16th day of August, 2025, I served a copy of the foregoing Motion to Voluntarily Dismiss Petitioner's Petition for Writ of Habeas Corpus on Respondents by CM/ECF electronic filing service.

*/s/Melissa Allen Celli*
Melissa Allen Celli